IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| JEAN PAUL ALLARDET SERVENT, | ) | |
|---|---|---|
| Plaintiff. | ) | |
| v. | ) | Civil Action No. 10-1039 GMS |
| ACTIVIDENTITY CORP., et al., | ) | |
| Defendant. | ) | |

**ORDER**

At Wilmington this 26th day November, 2013,

IT IS HEREBY ORDERED that:

The plaintiff is directed to submit a status report regarding the above-captioned case no later than **December 10, 2013.**

    /s/ Gregory M. Sleet
    CHIEF, UNITED STATES DISTRICT JUDGE