## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JEAN PAUL ALLARDET SERVENT, | ) | |
| | ) | C.A. No:  10-1039 GMS |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ACTIVIDENTITY CORPORATION, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF VOLUNTARY DISMISSAL

PLEASE take notice that Plaintiff hereby voluntarily dismisses this action.

**COOCH AND TAYLOR, P.A.**


*/s/ Blake A. Bennett*
Blake A. Bennett (#5133)
The Brandywine Building
1000 West Street, 10th Floor
Wilmington, DE 19801
(302) 984-3800
*Attorneys for Plaintiff*


DATED:  December 6, 2013


**OF COUNSEL:**

**FARUQI & FARUQI, LLP**
Nadeem Faruqi, Esquire
Juan E. Monteverde, Esquire
369 Lexington Avenue, 10th Floor
New York, NY 10017
Tel.: (212) 983-9330
Fax: (212) 983-9331